THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN O'BRIEN as Receiver, etc., et al., Respondents.

(Argued October 19, 1886; decided October 26, 1886.)

*Denis O'Brien,* attorney-general, for appellant.

*D. J. Dean* for respondents.

Agree to reverse order of General Term and to affirm that of Special Term on opinion there given.
All concur.
Ordered accordingly.

---

JOSEPH COMER, Appellant, *v.* FRANK WRISLEY, Respondent.

(Argued October 19, 1886; decided October 26, 1886.)

*Joseph A. Shoudy* for appellant.

*A. Walker Otis* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.